# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-cr-220-KJD-PAL |
| PLAINTIFF, ) | |
| VS. ) | **ORDER FOR DISMISSAL** |
| EDDIE LNU, ) | |
| DEFENDANT. ) | |

Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Superseding Criminal Indictment filed on October 26, 2005, as to Defendant Eddie LNU only.

DANIEL G. BOGDEN
United States Attorney

/S/ Pamela A. Martin
PAMELA A. MARTIN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED this 31st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE